# AHMAD KESHAVARZ
*Attorney at Law*

---

277 WASHINGTON AVE., #6K    WWW.NEWYORKCONSUMERATTORNEY.COM    Telephone: (718) 522-7900
BROOKLYN, NY 11205    E-mail: ahmad@NewYorkConsumerAttorney.com    Fax: (877) 496-7809

May 26, 2021

**VIA ECF**
Chief Judge Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*MEMO ENDORSED*

Extension granted
[signature] Colleen M. McM
5/27/2021

**Re:  Joint Request to Extend Deadline to File Case Management Plan to July 13, 2021.**
*Collins v. U.S. Bank, et al.,* **Case 1:21-cv-02863-CM.**

Judge McMahon:

The undersigned represents Plaintiff in the above-captioned action against U.S. Bank and John Doe Entity for violations of the Electronic Funds Transfer Act and related state law.

All parties now jointly request an extension of the deadline to file the case management plan so-ordered by this Court on April 26, 2021, from May 26, 2021 to July 13, 2021. In light of Defendant U.S. Bank's Motion to Compel Arbitration [DE 11], an extension will allow time for briefing on that Motion and a decision while still leaving two business days before the July 15, 2021 initial conference.

We apologize for filing this request on the day of the deadline, May 26, 2021 – the Motion to Compel Arbitration was filed yesterday, May 25, 2021. This is the first request for an extension of the deadline and it will not affect any other scheduled dates.

Respectfully,

Emma Caterine, Esq.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2021
```